# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 01/06/2026 |
| Case: 1−26−40035−jmm | Form ID: 309I | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Farida Yeasim | 89−10 158th Ave | Howard Beach, NY 11414 | | |
| tr | Michael J. Macco | Michael J. Macco Trustee | 2950 Express Dr S | Ste 109 | Islandia, NY 11749 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green, Room 510 | New York, NY 10004−1408 |
| 10635700 | NSL SPECIAL ASSETS LLC | 6800 Jericho Turnpike Suite 212e | SYOSSET, NY, 11791 | | |

TOTAL: 4