# Notice Recipients

District/Off: 0207−1   User: admin   Date Created: 1/6/2026
Case: 1−26−40035−jmm   Form ID: 760   Total: 3

**Recipients of Notice of Electronic Filing:**
tr          Michael J. Macco          ecfmacco@trustee13.com

                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Farida Yeasim          89−10 158th Ave          Howard Beach, NY 11414
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn)          Alexander Hamilton Custom House          One Bowling Green, Room 510          New York, NY 10004−1408

                                                TOTAL: 2