UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re:

                          Chapter 13

Farida Yeasim,                       Case No. 1-26-40035-jmm

           Debtor.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER EXTENDING TIME TO FILE CREDIT COUNSELING CERTIFICATE

**WHEREAS,** the Debtor filed a motion (the "Motion For Waiver") [ECF No. 4], pursuant to Bankruptcy Code section 109(11)(4), seeking a waiver of Bankruptcy Code section 109(h)(l)'s requirement that, during the 180-day period preceding the date of the filing of a petition, the debtor receive an individual or group briefing from an approved nonprofit budget and credit counseling agency (the "Credit Counseling Requirement"); and

**NOW, THEREFORE,** it is hereby:

**ORDERED,** that the Debtor shall file a credit counseling certificate and a copy of any debt repayment plan, if such plan was created as part of credit counseling, as required under Bankruptcy Code section 52l(b), by **February 19, 2026;** and it is further

**ORDERED,** that if the Debtor fails to file the credit counseling certificate by **February 19, 2026,** this bankruptcy case may be dismissed without further notice or hearing.



Dated: January 20, 2026
      Brooklyn, New York

                                                                                                           **Jil Mazer-Marino**
                                                                                       **United States Bankruptcy Judge**