# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 1/20/2026 |
| Case: 1−26−40035−jmm | Form ID: pdfdat | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust       Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr        Michael J. Macco     ecfmacco@trustee13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Farida Yeasim     89−10 158th Ave     Howard Beach, NY 11414

TOTAL: 1