UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

|  |  |  |
|---|---|---|
| Case No. | 1-26-40035-jmm |

Farida Yeasim,                                                     Chapter        13

                              Debtor.
--------------------------------------------------------X

## <u>NOTICE OF APPEARANCE</u>

     **PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 2018, 4001, 9007 and 9010, NSL Special Assets LLC, by Andrew Goldberg, Esq., hereby appears in the above-entitled case and demands service of all papers and notices of all proceedings herein.

     **PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise which affects or seeks to affect in any way, any rights, claims or interest of NSL Special Assets LLC.

Dated: Syosset, New York          **MARGOLIN, WEINREB & NIERER, LLP**
     January 21, 2026                   Attorneys for NSL Special Assets LLC

              By:     */s/ Andrew Goldberg*
                   Andrew Goldberg, Esq.
                   575 Underhill Boulevard, Suite 224
                   Syosset, New York 11791
                   (516) 921-3838
                   andrew@nyfclaw.com

To:     Farida Yeasim (via U.S. Mail)
      Michael J. Macco Trustee (via ECF)
      U.S. Trustee (via ECF)