UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re:

Farida Yeasim,

Debtor.
-----------------------------------------------------X

Case No. 1-26-40035-jmm
Chapter 13

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
)
COUNTY OF NASSAU ) ss:

Lori Borkowski, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

On January 21, 2026, deponent served a true and exact copy of the

- NOTICE OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1) AND MODIFYING CO-DEBTOR STAY UNDER §1301 AND GRANTING IN REM RELIEF PURSUANT TO 11 U.S.C. §362(d)(4); and

- AFFIRMATION IN SUPPORT OF MOTION FOR AN ORDER TERMINATING THE AUTOMATIC STAY UNDER BANKRUPTCY CODE §362(d)(1) AND MODIFYING CO-DEBTOR STAY UNDER §1301 AND GRANTING IN REM RELIEF PURSUANT TO 11 U.S.C. §362(d)(4) (with exhibits)

by First Class Mail delivery to the addresses listed below, by depositing a true copy of same enclosed in a properly addressed wrapper, in a depository under the exclusive care and custody of the United States Postal Service within the State of New York, said addresses designated for that purpose:

Debtor:
Farida Yeasim
89-10 158th Ave
Howard Beach, NY 11414

Non-Filing Co-Debtor
Misba Abdin
8910 158th Avenue
Howard Beach, NY 11414

Non-Filing Co-Debtor
Shopno I, LLC
8910 158th Avenue
Howard Beach, NY 11414

Trustee:
Michael J. Macco Trustee
2950 Express Dr S
Ste 109
Islandia, NY 11749

US Trustee:
Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Lori Borkowski

Sworn to before me this
21 day of January 2026

Notary Public

ANDREW DAVID GOLDBERG
NOTARY PUBLIC STATE OF NEW YORK
NASSAU COUNTY
LIC.-#02GO6236952
COMM. EXP. 3/14/27