# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 02/05/2026 |
| Case: 1−26−40035−jmm | Form ID: 273adi | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
tr      Michael J. Macco      ecfmacco@trustee13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Farida Yeasim      89−10 158th Ave      Howard Beach, NY 11414

TOTAL: 1