United States Bankruptcy Court

Eastern District of New York

In re:                                                                    Case No. 26-40035-jmm

Farida Yeasim                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                         User: admin                                    Page 1 of 1

Date Rcvd: Feb 05, 2026                  Form ID: 273adi                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Farida Yeasim, 89-10 158th Ave, Howard Beach, NY 11414-3106 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026                       Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew David Goldberg | |
| | on behalf of Creditor NSL Special Assets LLC andrew@nyfclaw.com  amelia@nyfclaw.com |
| Michael J. Macco | |
| | ecfmacco@trustee13.com  jzarrilli@maccolaw.com;ecf@maccolaw.com |
| Office of the United States Trustee | |
| | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: **Farida Yeasim** | Social Security number or ITIN: | xxx–xx–8670 |
| First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: | Social Security number or ITIN: ____ | |
| (Spouse, if filing)   First Name   Middle Name   Last Name | EIN: __–_____ | |
| United States Bankruptcy Court:   Eastern District of New York | Date case filed for chapter:   13   1/5/26 | |
| Case number:   1–26–40035–jmm | | |

## FINAL NOTICE OF SECTION 521 DEFICIENCIES

**NOTICE IS HEREBY GIVEN THAT:**

One or more deficiencies under § 521(a)(1) of the Bankruptcy Code remain outstanding. These documents are required to be filed no later than 45 days from the filing of the petition.

Failure to file the required documents within 45 days of the date of filing of the petition may result in the case being dismissed without further notice or hearing, unless an extension of time under § 521(i)(3) or (4) of the Bankruptcy Code is made.

If you have any questions, please contact the Clerk's Office at (347) 394–1700 for Brooklyn cases or (631) 712–6200 for Central Islip cases.

Dated: February 5, 2026

For the Court, Paul Dickson, Clerk of Court

**GTntcdef521rev.jsp** [Final Deficiency Notice rev. 08/28/25]