# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

271-C Cadman Plaza East
Brooklyn, NY 11201-1800

---

IN RE:  Case No. 26-40035-jmm
Chapter 13

    Farida Yeasim

                    Debtor

---

## REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine whether this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

☐ Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b) (Official Form 2010)

☑ Schedule A/B (Property) (Official Form 106A/B)

☑ Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D)

☑ Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)

☑ Schedule I (Your Income) (Official Form 106I)

☑ Schedule J (Your Expenses) (Official Form 106J)

☐ Schedule J-2 (Expenses for Separate Household of Debtor 2) (Official Form 106J-2) (*if applicable*)

☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)

☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C-1)

☐ Chapter 13 Calculation of Your Disposable Income (Official Form 122C-2)

☑ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).

☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reasons:

_____

_____