| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Farida Yeasim | Social Security number or ITIN: xxx–xx–8670 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13  1/5/26 |
| Case number: | 1–26–40035–jmm | |

# NOTICE OF PROPOSED DISMISSAL

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

A filing fee of $313.00 must be paid.

There is a balance due of $313.00.

If the balance due is not paid within ten (10) days of this notice, your case may be dismissed without further notice.

Dated: March 10, 2026

                                                            Paul Dickson, Clerk of Court

**blamich2–2**[Notice of Proposed Dismissal]