# Notice Recipients

District/Off: 0207−1     User: admin     Date Created: 3/10/2026
Case: 1−26−40035−jmm     Form ID: 778a     Total: 3

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
tr     Michael J. Macco     ecfmacco@trustee13.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Farida Yeasim     89−10 158th Ave     Howard Beach, NY 11414

TOTAL: 1