United States Bankruptcy Court
Eastern District of New York

In re:                                                                                          Case No. 26-40035-jmm

Farida Yeasim                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                              User: admin                                   Page 1 of 1

Date Rcvd: Mar 10, 2026                      Form ID: 778a                               Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

**Recip ID               Recipient Name and Address**
db                   +  Farida Yeasim, 89-10 158th Ave, Howard Beach, NY 11414-3106

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Andrew David Goldberg

    on behalf of Creditor NSL Special Assets LLC andrew@nyfclaw.com  amelia@nyfclaw.com

Michael J. Macco

    ecfmacco@trustee13.com  jzarrilli@maccolaw.com;ecf@maccolaw.com

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 3

Information to identify the case:

Debtor 1: Farida Yeasim

First Name    Middle Name    Last Name

Debtor 2: 
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court:    Eastern District of New York

Case number:    1–26–40035–jmm

Social Security number or ITIN:    xxx–xx–8670

EIN:    _ _–_ _ _ _ _ _ _

Social Security number or ITIN:    _ _ _ _

EIN:    _ _–_ _ _ _ _ _ _

Date case filed for chapter:    13    1/5/26

# NOTICE OF PROPOSED DISMISSAL

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

A filing fee of $313.00 must be paid.

There is a balance due of $313.00.

If the balance due is not paid within ten (10) days of this notice, your case may be dismissed without further notice.

Dated: March 10, 2026

Paul Dickson, Clerk of Court

**blamich2–2**[Notice of Proposed Dismissal]