# Notice Recipients

District/Off: 0207−1                 User: admin                 Date Created: 3/24/2026
Case: 1−26−40035−jmm                 Form ID: 274                 Total: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Farida Yeasim       89−10 158th Ave       Howard Beach, NY 11414
tr        Michael J. Macco       Michael J. Macco Trustee       2950 Express Dr S       Ste 109       Islandia, NY 11749
smg       Office of the United States Trustee       Eastern District of NY (Brooklyn)       Alexander Hamilton Custom
          House       One Bowling Green, Room 510       New York, NY 10004−1408
10656103  Citizens Bank N.A.       One Citizens Bank Way       Johnston, RI 02919       Mailstop JCA 115
10648879  JPMorgan Chase Bank, N.A.       s/b/m/t Chase Bank USA, N.A.       c/o National Bankruptcy Services,
          LLC       P.O. Box 9013       Addison, Texas 75001
10635700  NSL SPECIAL ASSETS LLC       6800 Jericho Turnpike Suite 212e       SYOSSET, NY, 11791
10642061  NSL Special Assets LLC       c/o MARGOLIN, WEINREB & NIERER, LLP       575 Underhill Boulevard, Suite
          224       Syosset, New York 11791

                                                                                    TOTAL: 7