United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 26-40035-jmm

Farida Yeasim                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                              User: admin                                        Page 1 of 2

Date Rcvd: Mar 24, 2026                      Form ID: 274                                      Total Noticed: 7

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Farida Yeasim, 89-10 158th Ave, Howard Beach, NY 11414-3106 |
| 10635700 | + | NSL SPECIAL ASSETS LLC, 6800 Jericho Turnpike Suite 212e, SYOSSET, NY 11791-4445 |
| 10642061 | + | NSL Special Assets LLC, c/o MARGOLIN, WEINREB & NIERER, LLP, 575 Underhill Boulevard, Suite 224, Syosset, New York 11791-3416 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | Email/Text: Macconoticing@maccolaw.com | Mar 24 2026 18:18:00 | Michael J. Macco, Michael J. Macco Trustee, 2950 Express Dr S, Ste 109, Islandia, NY 11749-1412 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 24 2026 18:18:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| 10656103 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 24 2026 18:18:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 10648879 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 24 2026 18:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2026                        Signature:          /s/Gustava Winters

District/off: 0207-1                                    User: admin                                    Page 2 of 2

Date Rcvd: Mar 24, 2026                                 Form ID: 274                                   Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew David Goldberg | on behalf of Creditor NSL Special Assets LLC andrew@nyfclaw.com  amelia@nyfclaw.com |
| Michael J. Macco | ecfmacco@trustee13.com  jzarrilli@maccolaw.com;ecf@maccolaw.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 3

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1: | Farida Yeasim | Social Security number or ITIN: xxx–xx–8670 |
| | First Name    Middle Name    Last Name | EIN: _ _ – _ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: 13    1/5/26 |
| Case number: | 1–26–40035–jmm | |

# NOTICE OF AUTOMATIC DISMISSAL OF CASE
# UNDER BANKRUPTCY CODE § 521 (i)(1)

**NOTICE IS HEREBY GIVEN THAT:**

1) This case was filed on January 5, 2026, with deficiencies.

2) A Notice of Deficiency Filing was sent on January 5, 2026, informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent, notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: March 24, 2026

For the Court, Paul Dickson, Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev. 05/14/19]